IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DEURSLA LASHAY BARRON**                                                                                   **PLAINTIFF**

v.                                            **CASE NO. 3:20-CV-00282-BSM**

**SANDY EDWARDS, et al.**                                                                                   **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Jerome T. Kearney's recommended disposition [Doc. No. 10] is adopted. Barron's complaint [Doc. No. 2] is dismissed without prejudice. An *in forma pauperis* appeal from this order would not be taken in good faith. 28 U.S.C. section 1915(a)(3).

IT IS SO ORDERED this 16th day of November, 2020.


_____
UNITED STATES DISTRICT JUDGE