IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DEURSLA LASHAY BARRON**                                                                 **PLAINTIFF**

v.                              **CASE NO. 3:20-CV-00282-BSM**

**SANDY EDWARDS, et al.**                                                                 **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this date, Barron's complaint is dismissed without prejudice.

IT IS SO ORDERED this 16th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE